IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00519-ZLW

JOSHUA WINGFIELD,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DIVISION OF ADULT PAROLE, and
ADAMS COUNTY SHERIFFS DEPT.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the letter to Magistrate Judge Boyd N. Boland submitted by Plaintiff Joshua Wingfield and filed with the Court on July 10, 2006. In the letter, Mr. Wingfield appears to be attempting to amend his complaint by adding Denver County as a Defendant. This action was dismissed in an order filed on May 4, 2006. The action currently is on appeal. The Court has no jurisdiction to rule on the motion to amend and, therefore, the motion is DENIED.

Dated: July 12, 2006

Copies of this Minute Order mailed on July 12, 2006, to the following:

Joshua Wingfield
Prisoner No. 109810
DRDC
PO Box 392004
Denver, CO 80239-8004

_____
Secretary/Deputy Clerk